```
1  McGREGOR W. SCOTT
   United States Attorney
2  501 "I" Street, Suite 10-100
   Sacramento, California 95814
3  Telephone: (916) 554-2700
   Fax: (916) 554- 2900
4  DONNA M. MONTANO
   Special Assistant U.S. Attorney
5  333 Market Street, Suite 1500
   San Francisco, CA 94105
6  Telephone: (415) 977-8943
   Fax: (415) 744-0134
7
   donna.m.montano@ssa.gov
8
   Attorneys for Defendant
9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10
                      EASTERN DISTRICT OF CALIFORNIA
11

12 RACHEL ARMSTRONG,            )   2:07-cv-1456-DAD
                                )
13      Plaintiff,               )
                                )   UNOPPOSED MOTION FOR EXTENSION OF
14                              )   TIME TO FILE DEFENDANT'S RESPONSE
   MICHAEL J. ASTRUE,           )   FOR GOOD CAUSE AND ORDER
15 Commissioner of Social       )
   Security,                    )
16                              )
              Defendant.        )
17 _____)
```

18      Defendant previously requested, and was granted an extension of
19 time until February 28, 2008 to Respond to Appellee's Opening Brief.
20 Respondent respectfully requests additional time, to and including
21 **March 10, 2008** to Respond to Appellant's Opening Brief.  The request
22 for enlargement of time is for good cause.

23      Specifically, the undersigned counsel, after further discussing
24 this case with her client, the Social Security Appeals Council, has
25 reason to believe that settlement of this case is possible.  The
26 undersigned counsel attempted to contact Plaintiff's counsel, Jesse
27 S. Kaplan, regarding settlement, however, Mr. Kaplan is out of the
28 office and unavailable.  Mr. Kaplan's secretary advised me to file

1

an extension until Mr. Kaplan can be contacted regarding possible settlement.  Mr. Kaplan is expected to be back in the office next week.

The undersigned counsel apologizes for any inconvenience to this Court or opposing counsel, and makes this additional request for an extension in good faith.  The undersigned counsel is hopeful that a settlement can be reached upon Mr. Kaplan's return.

Respectfully submitted,

Dated: 2/28/08

*/s/ Donna Montano*
_____

Donna M. Montano
Special Assistant U.S. Attorney
Attorneys for Respondent

**IT IS SO ORDERED:**

DATED: February 29, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/armstrong1456.eot

2