1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA M. MONTANO
4  CA SBN 165628
   Special Assistant United States Attorney
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone:  (415) 977-8985
7      Facsimile:  (415) 744-0134
       E-Mail: Donna.m.montano@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                         **SACRAMENTO DIVISION**
12

13  RACHEL ARMSTRONG,                 )
                                      )        CIVIL NO. 2:07-CV-1456 DAD
14       Plaintiff,                   )
                                      )        STIPULATION AND ORDER OF
15           v.                       )        VOLUNTARY REMAND AND DISMISSAL
                                      )        OF CASE, WITH DIRECTIONS TO CLERK
16  MICHAEL J. ASTRUE,                )        TO ENTER JUDGMENT
    Commissioner of                   )
17  Social Security,                  )
                                      )
18       Defendant.                   )
    _____ )

19

20       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

21  approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this

22  case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

23       On remand the ALJ will retrieve any prior files; include any documents pertaining to the

24  overpayment and waiver of recovery in the Exhibit record; give the claimant the opportunity for another

25  hearing; and issue a decision in which the ALJ provides a written explanation for the fact and amount of

26  overpayment, and re-evaluates waiver of recovery applying to the extent applicable 20 CFR. § 404.506-

27  512 and applying the Social Security Administration's policies in POMS GN 02250.005 and POMS GN

28  02250.038.

1       It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this

2   Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of

3   the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625

4   (1993).

5                                      Respectfully submitted,

6   Dated: March 6, 2008                    /s/ Jesse S. Kaplan

7                                     (As authorized via telephone)
                                      JESSE S. KAPLAN

8                                     Attorney for Plaintiff

9   Dated: March 6, 2008                    McGREGOR W. SCOTT
                                      United States Attorney

10                                    LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX

11                                    Social Security Administration

12

13                                    /s/ Donna M. Montano
                                      DONNA M. MONTANO

14                                    Special Assistant U.S. Attorney

15                                    Attorneys for Defendant

16                                    ORDER

17         **APPROVED AND SO ORDERED.**

18  DATED: March 6, 2008.

19

20  _____

21  DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

22

23

24  Ddad1/orders.socsec/armstrong1456.stipord.remand

25

26

27

28

                              2 - Stip & Order of Sentence Four Remand